UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

UNITED STATES OF AMERICA

    v.

NORMA BETTY ADOLPHE,

          Defendant.

-------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  MAY 1 6 2007
```

**INDICTMENT**

**07 CRIM 431**

JUDGE CROTTY

COUNT ONE

The Grand Jury charges:

On or about December 15, 2006, in the Southern District of New York, NORMA BETTY ADOLPHE, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch and agency of a foreign bank, and organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount exceeding $1,000, to wit, ADOLPHE, while employed by Chase Manhattan Bank, Branch

00060, located at 32 University Place, New York, New York, stole

approximately $19,000.

(Title 18, United States Code, Section 656.)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NORMA BETTY ADOLPHE,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

5-16-07  Filed Indictment. & A/W issued. Case assigned
to Judge Crotty.

Pitman
U.S.M.J.