UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA        :

       -v-                      :    ORDER

NORMA BETTY ADOLPHE              :    07 Cr. 431 (PAC)
             Defendant.   :

- - - - - - - - - - - - - - - - -X

      USDS SDNY
      DOCUMENT
      ELECTRONICALLY FILED
      DOC #: _____
      DATE FILED: JUN 1 9 2007

      Upon the application of the UNITED STATES OF AMERICA, by and through Chi T. Steve Kwok, Assistant United States Attorney for the Southern District of New York, and with the consent of NORMA BETTY ADOLPHE, by and through David Patton, Esq. of the Federal Defenders of New York, Inc., it is hereby ORDERED that the pre-trial conference in this case is continued from June 19, 2007, to July 19, 2007, at 2:15 p.m.

      The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is further ORDERED that the time between June 19, 2007, and July 19, 2007, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
       June _4_, 2007

                                    THE HONORABLE PAUL A. CROTTY
                                    UNITED STATES DISTRICT JUDGE



U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2007

**VIA FACSIMILE**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    United States v. Norma Betty Adolphe
               07 Cr. 431 (PAC)

Dear Judge Crotty:

    The Government respectfully submits this letter to request that tomorrow's pre-trial conference for the above-captioned matter be adjourned until July 19, 2007, at 2:15 p.m.

    Late last week, the Office received a deferred prosecution request from David Patton, Esq., counsel to Norman Betty Adolphe. The adjournment is necessary to enable the Office to consider the request and to continue plea discussions with defense counsel.

    I have spoken with Mr. Patton, who has no objection to the Government's request to adjourn the pre-trial conference date and to exclude time until July 19, 2007.

The Honorable Paul A. Crotty
June 18, 2007
Page 2

      Enclosed please find a proposed Order for Your Honor's consideration.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney

            By: _____
              Chi T. Steve Kwok
              Assistant United States Attorney
              Tel: (212) 637-2415

cc:  David Patton (by fax)
   Counsel for Norma Betty Adolphe