

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      -v.-                       :

NORMA BETTY ADOLPHE,              :

      Defendant.                 :

- - - - - - - - - - - - - - - x

MISDEMEANOR
INFORMATION

S1 07 Cr. 431 (PAC)

COUNT ONE

The United States Attorney charges:

On or about December 15, 2006, in the Southern District of New York, NORMA BETTY ADOLPHE, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch and agency of a foreign bank, and organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount not exceeding $1,000, to wit, ADOLPHE, while employed by Chase Manhattan Bank,

Branch 00060, stole money from the bank.

(Title 18, United States Code, Section 656.)

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

NORMA BETTY ADOLPHE,

Defendant.

---

**MISDEMEANOR**
**INFORMATION**

S1 07 Cr. 431 (PAC)

(18 U.S.C. § 656.)

                             MICHAEL J. GARCIA
                     United States Attorney.

---